# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| **David Tom** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**Local Search Group LLC** )<br>)<br>*Defendant* ) | Civil Action No. 4:24-cv-02887 |

## AFFIDAVIT OF SERVICE

I, Marian Forster, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on August 15, 2024, at 6:53 pm. I delivered these documents to Local Search Group LLC in Palm Beach County, FL on August 17, 2024 at 7:30 pm at 510 Sunset Rd, Boynton Beach, FL 33435 by leaving the following documents with Anthony Tursi who as Registered Agent is authorized by appointment or by law to receive service of process for Local Search Group LLC.

Summons
Complaint

White Male, est. age 35-44, glasses: N, Black hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=26.4585663617,-80.0958783758
Photograph: See Exhibit 1

Total Cost: $255.00

My name is Marian Forster, my date of birth is 5/13/1967, and my address is 4150 Bonita Way, Deerfield Beach, FL 33064, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    Broward County    ,    FL    on    8/20/2024    .

/s/ *Marian Forster*

Marian Forster
+1 (561) 809-3650
Certification Number: SPS 1448
Expiration Date: 9/30/2024



Exhibit 1a)





