## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| DAVID TOM, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>LOCAL SEARCH GROUP LLC,<br><br>        Defendant. | Civil Action No. 4:24-cv-02887 |

**STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT LOCAL SEARCH GROUP LLC TO RESPOND TO COMPLAINT**

Plaintiff David Tom, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Local Search Group LLC ("LSG") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, on August 2, 2024, Plaintiff filed the above-captioned case (the "Action");

WHEREAS, on August 15, 2024, LSG was served with the Complaint for the Action;

WHEREAS, on September 4, 2024, LSG retained Dentons US LLP to serve as their legal counsel in the Action;

WHEREAS, LSG's current deadline to respond to the Complaint is September 5, 2024;

WHEREAS, the Parties agreed to a 30-day extension for LSG's deadline to respond to the Complaint;

WHEREAS, this extension is not for any unjust purpose, but rather has been agreed to in good faith to allow the Parties to explore early resolution of the Action and to allow Dentons time to properly investigate the allegations in the Complaint, thus advancing the interests of justice.

NOW, THEREFORE, the Parties hereby stipulate that LSG's deadline to respond to the Complaint be extended to October 7, 2024.

2

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 5, 2024 | Respectfully submitted, |
| Perrong Law LLC | DENTONS US LLP |
| By: */s/ Andrew Roman Perrong* (with permission)<br>Andrew Roman Perrong<br>2657 Mount Carmel Avenue<br>Glenside, Pennsylvania 19038<br>Phone: 215-225-5529 (CALL-LAW)<br>Facsimile: 888-329-0305<br>a@perronglaw.com | By: */s/ Bety Javidzad*<br>Bety Javidzad (*pro hac vice* forthcoming)<br>601 S Figueroa St # 2500<br>Los Angeles, CA 90017<br>Phone: 213-243-6115<br>Facsimile: 213-623-9924<br>bety.javidzad@dentons.com<br><br>Haley S. Eastham<br>State Bar No. 24122838<br>DENTONS US LLP<br>100 Crescent Court, Suite 900<br>Dallas, Texas 75201<br>Phone: 214-259-0900<br>haley.eastham@dentons.com |
| *Attorney-in-charge for Plaintiff David Tom, individually and on behalf of all others similarly situated* | *Attorney-in-charge for Defendant Local Search Group LLC* |