United States District Court
Southern District of Texas
**ENTERED**
September 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID TOM | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-2887 |
| | § | |
| LOCAL SEARCH GROUP, LLC | § | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

The Court has determined that this case is appropriate for referral to Magistrate Judge Yvonne Ho to conduct all proceedings, including setting a Rule 16 Conference, issuance of a Scheduling Order and the issuance of a Memorandum and Recommendation on any dispositive motions of the parties. It is therefore

**ORDERED** that this case is **TRANSFERRED** to United States Magistrate Judge Yvonne Ho for all pretrial matters to include the issuance of a Memorandum and Recommendation on any dispositive motions.

SIGNED on this _5th_ day of September 2024.

Andrew S. Hanen
United States District Judge