United States District Court
Southern District of Texas
**ENTERED**
September 09, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

### CIVIL ACTION NO. 4:24-cv-02887
### Tom v. Local Search Group LLC

### ORDER FOR CONFERENCE AND
### DISCLOSURE OF INTERESTED PARTIES

1. Counsel and all parties appearing pro se shall appear for an initial pretrial and scheduling conference before

    **JUDGE YVONNE Y. HO**
    **on October 9, 2024**
    **at 9:30 AM**
    **(Virtual)**

2. <u>Within 90 days of filing the complaint or removing</u> this suit from state court, the plaintiff(s) filing this suit or the party removing it must serve the opposing party or parties with copies of (a) this Order, (b) the summons and complaint; and (3) the Court's procedures with all attachments. Failure of any plaintiff(s) to timely file proof of service may result in dismissal of this action, including at the Court's own initiative.

3. <u>Within 15 days of receiving this Order</u>, counsel for each party must file a certificate listing all persons or entities that are financially interested in the outcome of this litigation, including any parents, subsidiaries, and affiliated corporations. If a group can be specified by a general description, individual listing is not necessary. Underline the name of each corporation whose securities are publicly traded. Promptly amend the list whenever new parties or counsel are added or additional interested persons or entities are identified.

4. <u>At least 10 days before the initial pretrial and scheduling conference</u>, counsel and all pro se parties must complete and file the Joint Discovery/Case Management Plan, using the form available at http://www.txs.uscourts.gov/sites/txs/files/ahb_jdcmp.pdf.

5. Counsel must complete the attached proposed scheduling order and file it with the Joint Discovery/Case Management Plan. The Court will enter the scheduling order following the conference.

6. An attorney who appears at the conference must have authority to bind the client.

7. Before the conference, counsel and all parties appearing pro se must discuss whether alternative dispute resolution is appropriate. At the conference, the Court will consider potential ADR methods suited to this case.

9. The Court may address any pending motion at the conference. Any counsel or pro se party who appears at the conference must be familiar with the applicable facts and the law and prepared to argue all pending motions.

11. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.

**By Order of the Court**

**Court Procedures:** Information on the court's practices and procedures and how to reach court personnel may be obtained at the Clerk's website at www.txs.uscourts.gov or from the intake desk of the Clerk's office.

UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____ §
§
§
*versus*   §   Civil Action H-_____
§
§
_____ §
§

## SCHEDULING ORDER

1. Trial: Estimated time to try: _____ days.   ☐ Bench   ☐ Jury

2. New parties must be joined by: _____
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: _____

4. The defendant's experts must be named with a report furnished by: _____

5. Discovery must be completed by: _____
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by: _____

   Responses to dispositive motions filed by: _____

7. Non-Dispositive Motions will be filed by: _____

8. Parties will mediate the case by: _____

********************  **The Court will provide these dates.**  ********************

9. Joint pretrial order is due: _____
    *The plaintiff is responsible for filing the pretrial order on time.*

10. Pretrial Conference is set for **1:30 p.m.** on: _____

11. Trial is set for **9:00 a.m.** on: _____

*The case will remain on standby until tried.*

Signed this the _____ day of _____, 2024.

                                                                                             _____
                                                                                             Yvonne Y. Ho
                                                                                             United States Magistrate Judge