IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DAVID TOM, individually and on behalf of all others similarly situated, | : | CIVIL ACTION FILE NO. 4:24-cv-02887 |
| Plaintiff, | : | |
| v. | : | |
| LOCAL SEARCH GROUP LLC, | : | |
| Defendant. | : | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs file this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

RESPECTFULLY SUBMITTED AND DATED this September 23, 2024.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: September 23, 2024

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.