United States District Court
Southern District of Texas
**ENTERED**
September 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID TOM, individually and on behalf of others similarly situated | § § § |
| VS | §   CIVIL ACTION NO. H-24-2887 |
| LOCAL SEARCH GROUP, LLC | § § § |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed on September 23, 2024 (Doc. No. 9), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)..

SIGNED this 26th day of September 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE